# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

G4S TECHNOLOGY LLC,

                Plaintiff-Appellant,

v.

UNITED STATES,

                Defendant-Appellee.

No. 14-5078

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE PLAINTIFF-APPELLANT'S INITIAL BRIEF**

Pursuant to Federal Circuit Rule 26(b), Plaintiff-Appellant G4S Technology LLC, by and through its undersigned counsel of record, hereby moves the Court for a 14-day extension of the deadline for filing its initial brief from June 30, 2014 to July 14, 2014. The relief requested if for good cause and will not result in undue delay in the administration of justice. In support thereof, Plaintiff-Appellant states as follows.

The Notice of Appeal was filed in this case on April 10, 2014, but the case was not docketed until April 29, 2014. Based on the date of docketing, the due date for Plaintiff-Appellant's initial brief falls during counsel's previously scheduled vacation. Counsel had hoped to be in a position to file Plaintiff-Appellant's initial brief several days before the June 30th deadline (prior to leaving for vacation), but counsel's current workload is not likely to allow for early filing. Therefore, Plaintiff-Appellant requests a 14-day extension of the deadline for filing its initial brief from June 30, 2014 to July 14, 2014. The Government's counsel consents

to the requested extension. This is the first extension sought by Plaintiff-Appellant in this appeal.

WHEREFORE, Plaintiff-Appellant respectfully moves the Court to extend the deadline for filing its initial brief to July 14, 2014.

Dated: June 6, 2014				Respectfully submitted,

/s/ Lewis S. Wiener
Lewis S. Wiener, Esq.
SUTHERLAND ASBILL & BRENNAN LLP
700 Sixth Street, N.W., Suite 700
Washington, D.C. 20001-3980
202.383.0140
202.637.3593 (fax)
lewis.wiener@sutherland.com


Of Counsel:
G. Brendan Ballard, Esq.
SUTHERLAND ASBILL & BRENNAN LLP
700 Sixth Street, N.W., Suite 700
Washington, DC 20001-3980
202.383.0820
202.637.3593 (fax)
brendan.ballard@sutherland.com

**CERTIFICATE OF INTEREST**

Counsel for the appellant, G4S Technology LLC, certifies the following:

1. The full name of every party represented by me is:

G4S Technology LLC

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

The party named in the caption is the real party in interest represented by me.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party represented by me are:

G4S Technology LLC is 100% owned by G4S Technology Holdings Inc. and G4S Technology Holdings Inc. is 100% owned by G4S Holding One Inc.  G4S Holding One Inc. is 100% owned by G4S PLC, a publicly traded UK company.

4. The names of all law firms and the partners or associates that appeared for the party now represented by me in the trial court or are expected to appear in this court are:

Sutherland Asbill & Brennan LLP:  Lewis S. Wiener, G. Brendan Ballard

McGrath North Mullin & Kratz, PC LLO:  Robert J. Bothe, Robert P. Diederich

Dated:  June 6, 2014               /s/ Lewis S. Wiener
                                   Lewis S. Wiener, Esq.

## **CERTIFICATE OF SERVICE**

I certify under penalty of perjury that, on June 6, 2014, a copy of the foregoing Consent Motion for Extension was filed with the Clerk of the United States Court of Appeals for the Federal Circuit and served on all counsel of record via the CM/ECF system.

/s/ Lewis S. Wiener
Lewis S. Wiener, Esq.